1  Schiff Hardin LLP
   Jeffrey V. Commisso, Bar No. 191267
2  One Market, Spear Street Tower
   Thirty-Second Floor
3  San Francisco, CA  94105
   Telephone:  (415) 901-8700
4  Facsimile:  (415) 901-8701

5  Attorneys for Plaintiff
   SANFORD, L.P.
6

7  Law Offices of Bin Li

   Bin Li, Bar No. 223126
8  Stephen J. Thomas, Bar No. 120751
   17800 Castleton St., Suite 605
9  City of Industry, CA 91748
10 Telephone:  (626) 839-0277
   Facsimile:    (626) 839-0322
11

12 Attorneys for Defendants
   TRIPLE DRAGON and YANSHAN
13 INTERNATIONAL

14

15            UNITED STATES DISTRICT COURT

16                 CENTRAL DISTRICT

17

18 SANFORD, L.P.,                    | Case No.  2:08-CV-02173-RGK (RCx)

19              Plaintiff,

20 v.                                | **CONSENT JUDGMENT**

21 TRIPLE DRAGON and YANSHAN
   INTERNATIONAL INC.,
22
              Defendants.
23

24

25

26

27

28

J        S        -        6

On May 7, 2008, Plaintiff Sanford, L.P ("Sanford") filed a First Amended Complaint against defendants Triple Dragon and Yanshan International Inc. ("Yanshan") (collectively "Defendants"), with respect to the trademark rights and the trade dress rights of Sanford's SHARPIE® marker, alleging, among other things, (1) trademark infringement, false advertising and related acts of unfair competition acts all as prohibited by the Trademark Act of 1946, as amended (the "Lanham Act," 15 U.S.C. §1051, et seq.); (2) trade dress infringement, false advertising and related acts of unfair competition all as prohibited by §43(a) of the Lanham Act; (3) dilution as prohibited by §43(c) of the Lanham Act; (4) deceptive trade practices and consumer fraud as prohibited by California Business and Professional Code Section 17200 et seq.; and (5) common law unfair competition under California law.  Pursuant to the parties' settlement of this action, as documented in a separate settlement agreement, the parties have agreed to this Consent Judgment by which it is hereby FOUND, ORDERED, ADJUDGED, and DECREED that:

## FINDINGS

A.    The United States Patent and Trademark Office has issued two federal trademark registrations to Sanford, namely, United States Registration No. 807,818 for the SHARPIE® Stylized Trademark and United States Registration No. 2,721,523 for the SHARPIE® Word Trademark (collectively referred to as the "SHARPIE® Trademarks"). The famous SHARPIE® Stylized Trademark is shown below.



SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] CONSENT JUDGMENT

B.      The SHARPIE® marker consists of a tapered, cigar-shaped gray barrel; a tapered, fully-colored cap that contrasts with the gray color of the barrel; and a cap-to-barrel ratio of approximately 1/3 to 2/3 (a 1:2 ratio) of the total size of the marker (the "SHARPIE® Trade Dress").  These elements are illustrated below.



C.      Based on over 40 years of use on a substantially exclusive basis, the SHARPIE® Trademarks and the SHARPIE® Trade Dress, individually, have acquired distinctiveness. Consumers have come to rely upon the SHARPIE® Trademarks and the SHARPIE® Trade Dress, individually, as indications of the source and quality of the product.  After extensive advertising, the SHARPIE® Trademarks and the SHARPIE® Trade Dress, individually, are famous and have become distinctive of Sanford's permanent markers and have built up extremely valuable goodwill inuring solely to the benefit of Sanford.

D.      Defendants have distributed, sold, and offered for sale the following markers (the "Staunion Markers").  Photographs of the Staunion Markers in their packaging are shown below.

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 2 -                    [PROPOSED] CONSENT JUDGMENT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16



17 **The Staunion Markers**

18 <u>**ORDER**</u>

19          1.          Defendants and their affiliates, predecessors, successors, officers, directors, agents,

20 and assigns and anyone acting under their direction or supervision or in concert with any of them

21 are hereby permanently enjoined from use, including sales, offers to sell, marketing, promotion,

22 advertising, manufacture, distribution, importation or exportation, worldwide, of any trademark

23 that is confusingly similar to the SHARPIE® Trademarks (including that found on the Staunion

24

25 Markers), and from such use of a confusingly similar stylization of the SHARPIE® Stylized

26 Trademark.   In addition, Defendants and their affiliates, predecessors, successors, officers,

27 directors, agents, and assigns and anyone acting under their direction or supervision or in concert

28

with any of them are hereby permanently enjoined from use, including sales, offers to sell, marketing, promotion, advertising, manufacture, distribution, importation or exportation, worldwide, of any trade dress that is confusingly similar to the SHARPIE® Trade Dress (including that found in the Staunion Markers), and from such use of a confusingly similar design for a marker with a gray barrel, a cigar-shaped barrel, or a cap similar in appearance and proportion to that found in the SHARPIE® Trade Dress.

2. This Court has jurisdiction over the parties to this action and over the subject matter of the Complaint and shall retain jurisdiction over this matter for purposes of enforcing this Consent Judgment and the parties' settlement agreement.

3. The parties shall bear their costs and attorneys' fees pursuant to the parties' settlement agreement.

SO ORDERED

Dated: July 22, 2008

_____
UNITED STATES DISTRICT JUDGE

AGREED TO:

SANFORD, L.P.                          TRIPLE DRAGON

By: _____          By: _____

Title: _____          Title: _____

Date: _____           Date: _____


                                       YANSHAN INTERNATIONAL INC.

                                       By: _____

                                       Title: _____

                                       Date: _____

CH1\5887428.1

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 4 -                          [PROPOSED] CONSENT JUDGMENT